Núm. 8229.—Pueblo, apldo. v. Cardona, aplte.—C. D. Mayagüez. Abril 8, 1940.

(Por la Corte, a propuesta del Juez Asociado Sr. Travieso.)

Vista la petición del acusado Baldomero Cardona solicitando que este Tribunal Supremo ordene enmiendas a la transcripción de evidencia en el caso de autos, y no habiéndose probado a nuestra entera

satisfacción que los hechos ocurrieran en forma distinta a como lo certifica el taquígrafo de la corte inferior en la transcripción de la evidencia y el juez de dicha corte en su resolución del día 29 de febrero de 1940, se declara no haber lugar a ordenar las enmiendas solicitadas.